FINAL COPY
309 Ga. 584

S20Y1265. IN THE MATTER OF VINCENT CHIDOZIE OTUONYE.

PER CURIAM.

This disciplinary matter is before the Court on the petition for voluntary surrender of license filed by Vincent Chidozie Otuonye (State Bar No. 555470), who has been a member of the Bar since June 2000. Otuonye was convicted in the Superior Court of Mitchell County on one felony count of Criminal Attempt to Furnish Prohibited Items (tobacco) to Inmates in violation of OCGA § 42-5-18, and sentenced to five years, serve two. Thereafter, this Court accepted his petition for voluntary suspension of license pending appeal. See *In the Matter of Otuonye*, 302 Ga. 374 (806 SE2d 524) (2017). The Court of Appeals ultimately affirmed his criminal convictions in an unpublished opinion. See *Otuonye v. State*, 350 Ga. App. XXVI (Case No. A19A0437) (May 30, 2019), cert. denied, S19C1443 (Jan. 13, 2020). After notifying the State Bar about the result of his appeal, Otuonye filed this petition for voluntary surrender of his license, which he acknowledges is

tantamount to disbarment. In the petition, Otuonye admits that he violated Rule 8.4 (a) (2) (lawyer shall not be convicted of a felony) of Bar Rule 4-102 (d); admits that the conduct for which he was convicted warrants disbarment, see *In the Matter of Jones*, 293 Ga. 264, 266 (744 SE2d 6) (2013) (finding that misdemeanor violations of OCGA § 42-4-13 (e) for carrying items (tobacco) across the guard line at a jail involved "moral turpitude" and warranted disbarment); and asks this Court to accept his petition. The State Bar has responded, agreeing with the facts as described in the petition and asking this Court to accept it.

We have reviewed the record and accept Otuonye's petition for the voluntary surrender of his license. Accordingly, the name Vincent Chidozie Otuonye hereby is removed from the rolls of persons entitled to practice law in the State of Georgia. Otuonye is reminded of his duties under Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*

DECIDED AUGUST 10, 2020.

Voluntary surrender of license.

*Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, James S. Lewis, Assistant General Counsel State Bar*, for State Bar of Georgia.